**PUA_G.pet**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00019 |
| Plaintiff, ) | |
| v. ) | PETITION TO STAY DISBURSEMENT OF RESTITUTION |
| GARY NATHAN PUA, ) | |
| Defendant. ) | |

## PETITION

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court for the entry of an order staying the disbursement of restitution to the restitution recipients in the above entitled action and in support hereof, states as follows:

1. On or about August 10, 2006, sentence was imposed by this Court against Defendant GARY NATHAN PUA (hereinafter referred to as "Defendant PUA").  Among other things, restitution in the amount of $3,379.00 was ordered.

2. Defendant PUA was a CNMI Probation Officer at the time of his criminal activity for which he was convicted.

3. The CNMI Probation Office has requested that payments to the victims be suspended.  See attachment "A."

4. In the interest of justice, disbursement of any future amount paid towards the restitution in this case should be stayed until the CNMI Probation office can identify which victims still have financial obligations to the CNMI Superior Court or for a period of one month, which ever occurs first.

DATED this 9th day of May, 2007.

                                  LEONARDO M. RAPADAS
                                  United States Attorney
                                  Districts of Guam and the NMI

By:   /s/ Marivic P. David
       MARIVIC P. DAVID
       Assistant U.S. Attorney
       marivic.david@usdoj.gov