


# SUPERIOR COURT
### COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
Guma' Hustisia, Iimwal Aweewe, House of Justice
P.O. Box 500307, Saipan, MP 96950-0307

May 8, 2007

Chris Duenas, PO Specialist
United States Probation Office
520 W. Soledad Avenue
Hagatna, Guam, 96950

RECEIVED
U.S. Probation Office
MAY 08 2007

re: *Restitution Payments*
(USDC) Case No. CR-04-00019-001
United States vs. *Gary Pua*

RECEIVED
MAY 08 2007
U.S. Probation Office
District of NMI

Dear Mr. Duenas,

Mr. Gary Pua was a CNMI Probation Officer tasked with enforcement of the Commonwealth Superior Court's probation/suspended sentence conditions when he committed the crimes which led to his conviction in the above case. Many of the victims in the above case were also defendants in the Commonwealth Superior Court's cases and were ordered to pay fines, fees, restitutions, etc. Mr. Pua collected money from these victims supposedly for payments toward their fines, fees, restitution, etc. but never deposited such payments; therefore, I respectfully request that you provide our office with a list of names of the victims in the above case and how much each victims have been paid so far. I would also request that restitution payments to said victims be suspended until our office identify which victims still have financial obligations to the CNMI Superior Court.

Should you have any questions, please do not hesitate to contact our office at (670) 236-9871 or 236-9868. Thanking you in advance for your assistance.

Sincerely,

Simram W. Simram
CNMI Probation Officer

Concurrence:

Ursula Lifoifoi-Aldan
Chief Probation Officer

xc: file

