F I L E D
Clerk
District Court

MAY 1 0 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 04-00019 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER STAYING |
| | ) | DISBURSEMENT OF |
| GARY NATHAN PUA, | ) | RESTITUTION |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

BASED UPON plaintiff's petition to stay disbursement of restitution, and

good cause appearing therefrom,

IT IS ORDERED that disbursement of any future amount paid toward

restitution in this matter be and hereby is stayed until the Commonwealth Probation

Office can identify which persons still have financial obligations to the

AO 72
(Rev. 08/82)

Commonwealth Superior Court which may have been affected by defendant's actions, or for a period of one month from the date of this order, whichever occurs first.

DATED this 10th day of May, 2007.

_____
ALEX R. MUNSON
Judge