PROB 34  
(Rev. 5/01)

**Report and Order Terminating Supervised Release**

F I L E D  
Clerk  
District Court

## UNITED STATES DISTRICT COURT

FOR THE

_District of the Northen Mariana Islands_

NOV 1 6 2007

For The Northern Mariana Islands  
By_____  
(Deputy Clerk)

UNITED STATES OF AMERICA

v.

GARY N. PUA

} CRIMINAL CASE NO. 04-00019-001

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **November 4, 2007**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

ROSSANNA VILLAGOMEZ-AGUON  
Acting Chief U.S. Probation Officer

By: _____  
MELINDA N. BRUNSON  
U.S. Probation Officer

Reviewed by:

_____  
CARMEN D. O'MALLAN  
U.S. Probation Officer Specialist  
Supervision Unit Leader

cc: AUSA  
    Defense Counsel  
    File

### ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 16TH day of November 2007.

_____  
Honorable Alex R. Munson  
Chief Judge  
U.S. District Court for the Northern Mariana Islands